UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

              Plaintiffs,

              v.

MONMOUTH UNIVERSITY INC,

              Defendant.

------------------------------------- x

No.: 1:22-cv-827

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MONMOUTH UNIVERSITY INC, with prejudice and without fees and costs.

Dated: New York, New York
         February 9, 2023

                                                **GOTTLIEB & ASSOCIATES**

                                                _/s/Michael A. LaBollita, Esq._

                                                Michael A. LaBollita, Esq., (ML-9985)
                                                150 East 18th Street, Suite PHR
                                                New York, NY 10003
                                                Phone: (212) 228-9795
                                                Fax: (212) 982-6284
                                                Michael@Gottlieb.legal

                                                _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge