UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------- x
JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,          No.: 1:22-cv-827

          v.          **NOTICE OF VOLUNTARY
DISMISSAL**

MONMOUTH UNIVERSITY INC,

          Defendant.

------------------------------------- x

Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MONMOUTH UNIVERSITY INC, with prejudice and without fees and costs.

Dated: New York, New York
      February 9, 2023

                                      **GOTTLIEB & ASSOCIATES**

                                      */s/Michael A. LaBollita, Esq.*

                              Michael A. LaBollita, Esq., (ML-9985)
                                150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                      Michael@Gottlieb.legal

                                        *Attorneys for Plaintiffs*

SO ORDERED:

*[signature]* 2/9/23

United States District Court Judge
*Christina Reiss*